UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEDDY T. LATIMORE,<br><br>               Plaintiff,<br><br>    -against-<br><br>DUTCHESS COUNTY; DISTRICT ATTORNEY MELISSA PASQUALE; DUTCHESS COUNTY JUDGE EDWARD McLOUGHLIN; PUBLIC DEFENDER ROBERT DEMONO,<br><br>               Defendants. | 23cv8581 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 28, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 28, 2024
          New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                        Chief United States District Judge